**U.S. COURTS**

**NOV 0 1 2017**

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Jason LaVere Ricks
_Full Name_

2051 NW 8th Street
Meridian, ID 83646

_Complete Mailing Address_

(208) 714-7062
_Daytime Telephone Number_

Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF Idaho

| | |
|---|---|
| Jason LaVere Ricks ,<br>_(full name)_<br><br>Plaintiff,<br><br>v.<br><br>West Ada School District et al,<br><br>Defendant(s). | Case No. 1:17-cv-453-REB<br>_(to be assigned by the Court)_<br><br>**IN FORMA PAUPERIS**<br>**APPLICATION**<br>_(nonprisoner)_ |

I request that the Court allow me to proceed in forma pauperis in this action because I am unable to pay the filing fee at the time of filing as a result of my poverty. I swear or affirm, under penalty of perjury, that the following information is true and correct to the best of my knowledge.

In Forma Pauperis Application (nonprisoner) - 1

# AFFIDAVIT

1. For both you and your spouse, estimate the average amount of money received from each of the following sources during the past 12 months. *(Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.)*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
| --- | --- | --- | --- | --- |
| | You | Spouse | You | Spouse |
| Employment | $2,459.00 | $ | $2,459.00 | $ |
| Self-employment | $ | $ | $ | $ |
| Income from real property (such as rental income) | $ | $ | $ | $ |
| Interest and dividends | $ | $ | $ | $ |
| Gifts | $ | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child support | $ | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ | $ | $ | $ |
| Unemployment payments | $ | $ | $ | $ |
| Public-assistance (such as welfare) | $ | $ | $ | $ |
| Other (specify): ~~~~ | ~~~~ | $ | $ | $ |
| **Total monthly income:** | $2,459.00 | $ | $2,459.00 | $ |

2. List your employment history, most recent employer first.

| Employer | Address | Dates of Employment | Gross monthly pay |
| --- | --- | --- | --- |
| West Ada School District | Meridian, ID | 20 | $1851.00 |
| American Cleaning | Boise, ID | 2016 – present | $600.00 |

In Forma Pauperis Application (nonprisoner) - 2

3. List your spouse's employment history, most recent employer first. NA

| Employer | Address | Dates of Employment | Gross monthly pay |
|----------|---------|---------------------|-------------------|
|          |         |                     |                   |
|          |         |                     |                   |

4. How much cash do you and your spouse have? $ 20.00    .
Below, state any money you and your spouse have in bank accounts or other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|-----------------------|-----------------|-----------------|------------------------|
| ICCU | savings | $ 1,000 | $ |
| IcCU | checking | $ 1,000 | $ |
|  |  | $ | $ |

5. List the assets (with values) that you own or your spouse owns. *(Do not list clothing and ordinary household furnishings.)*

| Home ( Address and Value) | Other real estate (Address and Value) | Motor vehicle #1 (Value) |
|---------------------------|---------------------------------------|--------------------------|
| $120,000 2051 NW 8th St. Meridian |  | Make: Toyota  Year: 2006 |
|  |  | Model: Sienna |

| Motor vehicle #2 (Value) | Other assets (item and value) | Other assets (item and value) |
|--------------------------|-------------------------------|-------------------------------|
| Make: | | |
| Year: | | |
| Model: | | |

6. Does anyone owe you or your spouse money? State the person's name and the amount owed.

_____

_____

In Forma Pauperis Application (nonprisoner) - 3

7. On the chart below, estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ 658.00 | $ |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 40.00 | $ |
| Home maintenance (repairs and upkeep) | $ 100 | $ |
| Food | $ 200.00 | $ |
| Clothing | $ 15.00 | $ |
| Laundry and dry-cleaning | $ 25 | $ |
| Medical and dental expenses | $ 25 | $ |
| Transportation (not including motor vehicle payments) | $ 100 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance (not deducted from wages or included in Mortgage payments) | $ | $ |
| Homeowner's or renter's | $ | $ |
| Life | $ 50 | $ |
| Health | $ 25 | $ |
| Motor Vehicle | $ ~~100~~ | $ |
| Other: | $ | $ |
| Taxes (not deducted from wages or included in Mortgage payments) (specify):_____ | $ | $ |
| Car payment (creditor) I CCU | $ 160 | $ |
| Credit card (name): I CCU | $ 50 | $ |
| Credit card (name): Diamond | $ 160 | $ |
| Department store (name):_____ | $ | $ |
| Other:_____ | $ | $ |
| Alimony, maintenance, and support paid to others Child support | $ 544 | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ | $ |
| Other (specify):_____ | $ | $ |
| Total monthly expenses: | $ | $ |

8. State the persons who rely on you or your spouse for support. I pay child support $544.00 each month

| Name | Relationship | Age |
|------|--------------|-----|
| Zion Ricks | Son | 7 |
| Lincoln Ricks | Son | 12 |
| Brigham Ricks | Son | 15 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?    Yes    No  (circle one)

If yes, describe: _____

_____

10. Have you paid, or will you be paying, an attorney, paralegal, document preparation service, or anyone else any money for services in connection with this case, including the completion of this form? Yes  No  (circle one)   If yes, how much? $____

If yes, state the attorney's or person's  name, address, and telephone number:

_____

_____

_____

11. Provide any other information that will help explain why you cannot pay the filing fee. If you live with someone who is not your spouse, explain how much they contribute.
I have debt, Money is tight.

_____

_____

12. Age: 44      Years of schooling: 16

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the filing fee in my case. I believe I am entitled to redress for the reasons set forth in my complaint. I swear or affirm under penalty of perjury under the laws of the United States of America that my answers on this form are true and correct. (See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.)

Executed this 1 day of November, 2017.

_____
Plaintiff

In Forma Pauperis Application (nonprisoner) - 5