U.S. COURTS

NOV 01 2017

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| Jason L. Ricks<br><br>Plaintiff,<br><br>vs.<br><br>West Ada School District et al<br><br>Defendant. | Case No. 1:17-cv-453-REB<br><br>**COMPLAINT**<br>(28 U.S.C. § 1331: federal question)<br><br>Jury Trial Requested  _X_ yes  ___ no |

## 1. JURISDICTION

Jurisdiction in this case is based on a federal question (meaning that this suit is based upon a federal statute or provision of the United States Constitution): Americans with Disabilities Act

[X] Federal Statute: Title VII of the Civil Rights Act of 1964
[X] United States Constitution
[X] And a state law claim under the Court's supplemental jurisdiction authority.

## 2. PLAINTIFF

My name is Jason L. Ricks. I am a citizen of the State of Idaho, presently residing at 2051 NW 8th Street, Meridian, ID 83646

## 3. DEFENDANT AND CAUSE OF ACTION
*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

A. I am suing **West Ada School District** who was acting as **my employer**
   (Defendant)                                    (if applicable: job title, if a person; function, if an entity)
for the **County**
   (if applicable: state, county, city, federal government, or private entity performing a public function)

B. (Factual Basis of Claim) I am complaining that on 10/27/14, 9/21/15, 9/22/15, 9/23/15, 10/6/15, 10/7/15, 10/26/15, 10/28/15, 10/29/15, 10/7/14, 10/9/14, 10/10/14, Defendant
   (dates)
did the following (state how Defendant participated in the violation and include the reason Defendant so acted if known):
11/2/15, 11/3/15, 11/4/15, 11/5/15, 11/12/15, 11/13/15, 11/16/15, 11/30/15, 12/2/15, 12/3/15, 12/4/15, 12/8/15, 12/9/15, 12/10/15, 12/11/15, 12/17/15, 1/5/16, 1/7/16, 3/30/16, 3/31/16

I was discriminated by my employer, West Ada School District, their supervisors and employees. The discrimination that took place was sexual, religous, disability, age, national origin, gender, and race. The West Ada School District knew about this discrimination and did not address and stop it. I was also retaliated by my supervisors by reporting this discrimination. This was a hostile work environment. There is an pattern of discrimination by the employer, co workers and supervisors that are listed.

C. (Legal Basis of Claim) I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
Constitution, Federal statutes, and state laws apply.

D. I allege that I suffered the following injury or damages as a result: A hostile work environment. I was moved from different schools (job sites) and was gossiped and lied about to the new supervisors before I even started at the new location.

E. I seek the following relief: ~~[redacted]~~ $999,000.00
~~[redacted]~~, Letter of admitance and apology from the employer, and supervisors demoted or fired that knew of the discrimination and choose to do nothing and let it continue.

Complaint (Rev. 7/2014)                                    2

## 3. DEFENDANT AND CAUSE OF ACTION
*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

A. I am suing __Mike Hirano__, who was acting as __Principal__
   (Defendant)                                    (if applicable: job title, if a person; function, if an entity)
for the __West Ada School District__.
   (if applicable: state, county, city, federal government, or private entity performing a public function)

B. (Factual Basis of Claim) I am complaining that on _____, Defendant
                                                         (dates)
did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:

Did not make decisions to stop the discrimination.

C. (Legal Basis of Claim) I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:

Title VII of the Civil Rights Act of 1964
Americans with Disabilities Act

D. I allege that I suffered the following injury or damages as a result:
A hostile work environment.

E. I seek the following relief: $300,000.00

## 3. DEFENDANT AND CAUSE OF ACTION
*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

A. I am suing __Linda Clark__, who was acting as __Superintendent__
   (Defendant)                                    *(if applicable: job title, if a person; function, if an entity)*
   for the __West Ada School District__.
   *(if applicable: state, county, city, federal government, or private entity performing a public function)*

B. (Factual Basis of Claim) I am complaining that on _____, Defendant
   *(dates)*
   did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:

   __Did not make decisions to stop the discriminations.__

C. (Legal Basis of Claim) I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
   __Title VII of the Civil Rights Act of 1964__
   __Americans with Disabilities Act__

D. I allege that I suffered the following injury or damages as a result:
   __A hostile work environment.__

E. I seek the following relief: __$300,000.00__

## 3. DEFENDANT AND CAUSE OF ACTION
*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

A. I am suing __Aaron Maybon__, who was acting as __Principal__
   _(Defendant)_ _(if applicable: job title, if a person; function, if an entity)_
for the __West Ada School District__.
   _(if applicable: state, county, city, federal government, or private entity performing a public function)_

B. (Factual Basis of Claim) I am complaining that on _____, Defendant
   _(dates)_
did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:

__Did not make decisions to stop the discrimination.__

C. (Legal Basis of Claim) I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
__Title VII of the Civil Rights Act of 1964__
__Americans with Disabilities Act__

D. I allege that I suffered the following injury or damages as a result:
__A hostile work environment__

E. I seek the following relief: __$300,600.00__

## 3. DEFENDANT AND CAUSE OF ACTION
*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

A. I am suing __Lisa Austin__, who was acting as __Principal__
   *(Defendant)* *(if applicable: job title, if a person; function, if an entity)*
for the __West Ada School District__.
   *(if applicable: state, county, city, federal government, or private entity performing a public function)*

B. (Factual Basis of Claim) I am complaining that on _____, Defendant
   *(dates)*
did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:

Did not make decisions to stop the discrimination

C. (Legal Basis of Claim) I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
Title VII of the Civil Rights Act of 1964
Americans with Disabilities Act

D. I allege that I suffered the following injury or damages as a result:
A hostile work environment.

E. I seek the following relief: $300,000.00

Complaint (Rev. 7/2014)     2

## 3. DEFENDANT AND CAUSE OF ACTION
*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

A. I am suing __Heather Evans__, who was acting as __Night Supervisor__
     *(Defendant)* *(if applicable: job title, if a person; function, if an entity)*
for the __West Ada School District__.
     *(if applicable: state, county, city, federal government, or private entity performing a public function)*

B. (Factual Basis of Claim) I am complaining that on _____, Defendant
     *(dates)*
did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:

Did not make decisions to stop the discrimination.
Also, made discriminatory remarks to me at Meridian
Middle School.

C. (Legal Basis of Claim) I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
Title VII of the civil Rights Act of 1964
Americans with Disabilities Act

D. I allege that I suffered the following injury or damages as a result:
A hostile work environment.

E. I seek the following relief: $300,000.00

## 3. DEFENDANT AND CAUSE OF ACTION
*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

A. I am suing  Maria Rodriguez , who was acting as  employee
         *(Defendant)*                                         *(if applicable: job title, if a person; function, if an entity)*
for the  West Ada School District                             .
     *(if applicable: state, county, city, federal government, or private entity performing a public function)*

B. (Factual Basis of Claim) I am complaining that on _____, Defendant
                                                        *(dates)*
did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:

Made discriminatory remarks to me at Meridian Middle school.

C. (Legal Basis of Claim) I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:

Title VII of the Civil Rights Act of 1964
Americans with Disabilities Act

D. I allege that I suffered the following injury or damages as a result:
   A hostile work environment.

E. I seek the following relief:  $380,000.00

## 3. DEFENDANT AND CAUSE OF ACTION
*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

A. I am suing **Alda Suma** *(Defendant)*, who was acting as **Head Custodian** *(if applicable: job title, if a person; function, if an entity)* for the **West Ada School District** *(if applicable: state, county, city, federal government, or private entity performing a public function)*.

B. (Factual Basis of Claim) I am complaining that on _____ *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:

Did not make decisions to stop the discrimination.

C. (Legal Basis of Claim) I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:

Title VII of the Civil Rights Act of 1964
Americans with Disabilities Act

D. I allege that I suffered the following injury or damages as a result:
A hostile work environment

E. I seek the following relief: $300,000.00

## 3. DEFENDANT AND CAUSE OF ACTION
*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

A. I am suing __Mike Hirano__, who was acting as __Principal__
   (Defendant)                           (if applicable: job title, if a person; function, if an entity)
for the __West Ada School District__.
   *(if applicable: state, county, city, federal government, or private entity performing a public function)*

B. (Factual Basis of Claim) I am complaining that on _____, Defendant
                                                       *(dates)*
did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:

__Did not make decisions to stop the discrimination.__

C. (Legal Basis of Claim) I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
__Title VII of the Civil Rights Act of 1964__
__Americans with Disabilities Act__

D. I allege that I suffered the following injury or damages as a result:
__A hostile work environment.__

E. I seek the following relief: __$300,000.00__

## 3. DEFENDANT AND CAUSE OF ACTION
*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

A. I am suing **Donelle Owens**, who was acting as **Head Custodian**
   *(Defendant)* *(if applicable: job title, if a person; function, if an entity)*
for the **West Ada School District**.
   *(if applicable: state, county, city, federal government, or private entity performing a public function)*

B. (Factual Basis of Claim) I am complaining that on _____, Defendant
   *(dates)*
did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:

Did not make decisions to stop the discrimination

C. (Legal Basis of Claim) I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:

Title VII of the Civil Rights Act of 1964
Americans with Disabilities Act

D. I allege that I suffered the following injury or damages as a result:
A hostile work environment.

E. I seek the following relief: $300,000.00

## 3. DEFENDANT AND CAUSE OF ACTION
*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

A. I am suing **Greg Parsons**, who was acting as **Assistant Custodial Supervisor**
(Defendant)  *(if applicable: job title, if a person; function, if an entity)*
for the **West Ada School District**.
*(if applicable: state, county, city, federal government, or private entity performing a public function)*

B. (Factual Basis of Claim) I am complaining that on _____, Defendant
*(dates)*
did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:

Did not make decisions to stop the discrimination.

C. (Legal Basis of Claim) I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
Title VII of the Civil Rights Act of 1964
Americans with Disabilities Act

D. I allege that I suffered the following injury or damages as a result:
A hostile work environment.

E. I seek the following relief: $300,000.00

## 3. DEFENDANT AND CAUSE OF ACTION
*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

A. I am suing  TJ Evans , who was acting as  Custodial Supervisor
    *(Defendant)*                           *(if applicable: job title, if a person; function, if an entity)*
for the  West Ada School District .
    *(if applicable: state, county, city, federal government, or private entity performing a public function)*

B. (Factual Basis of Claim) I am complaining that on _____, Defendant
                                                           *(dates)*
did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:

Did not make decisions to stop the discrimination.

C. (Legal Basis of Claim) I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:

Title VII of the Civil Rights Act of 1964
Americans with Disabilities Act

D. I allege that I suffered the following injury or damages as a result:
A hostile work environment

E. I seek the following relief:  $300,000.00

Complaint (Rev. 7/2014)                    2

## 3. DEFENDANT AND CAUSE OF ACTION
*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

A. I am suing ___Spencer Mclean___, who was acting as ___Operations Manager___
   (Defendant)                                                  (if applicable: job title, if a person; function, if an entity)
for the ___West Ada School District___.
   (if applicable: state, county, city, federal government, or private entity performing a public function)

B. (Factual Basis of Claim) I am complaining that on _____, Defendant
                                                           (dates)
did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:

___Did not make decisons to stop the discrimination.___

C. (Legal Basis of Claim) I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
___Title VII of the Civil Rights Act of 1964___
___Americans with Disability Act___

D. I allege that I suffered the following injury or damages as a result:
___A hostile work environment___

E. I seek the following relief: ___$300,000.00___

## 3. DEFENDANT AND CAUSE OF ACTION
*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

A. I am suing __Dave Roberts__, who was acting as __Human Resources Manager__
       (Defendant)                                     *(if applicable: job title, if a person; function, if an entity)*
for the __West Ada School District__.
       *(if applicable: state, county, city, federal government, or private entity performing a public function)*

B. (Factual Basis of Claim) I am complaining that on _____, Defendant
                                                              *(dates)*
did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:

Did not make decisions to stop the discrimination.

C. (Legal Basis of Claim) I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:

Title VII of the Civil Rights Act of 1964
Americans with Disability Act

D. I allege that I suffered the following injury or damages as a result:
A hostile work environment

E. I seek the following relief: $300,000.00

## 3. DEFENDANT AND CAUSE OF ACTION
*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

A. I am suing __Mary Ranells__, who was acting as __Superintendent__
   (Defendant)                                     *(if applicable: job title, if a person; function, if an entity)*
for the __West Ada School District__.
   *(if applicable: state, county, city, federal government, or private entity performing a public function)*

B. (Factual Basis of Claim) I am complaining that on _____, Defendant
                                                     *(dates)*
did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:

__Did not make decisions to stop the discrimination.__

C. (Legal Basis of Claim) I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
__Title VII of the Civil Rights Act of 1964__
__Americans with Disability Act__

D. I allege that I suffered the following injury or damages as a result:
__A hostile work environment__

E. I seek the following relief: __$300,000.00__

## 3. DEFENDANT AND CAUSE OF ACTION
*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

A. I am suing __Mike McCoy__, who was acting as __Night Superviser__
   *(Defendant)* *(if applicable: job title, if a person; function, if an entity)*
   for the __West Ada School District__.
   *(if applicable: state, county, city, federal government, or private entity performing a public function)*

B. (Factual Basis of Claim) I am complaining that on __9/21/15, 9/22/15, 9/23/15, 10/6/15,__ Defendant  10/7/15, 10/26/15, 10/28/15, 10/29/15, 11/2/15, 11/3/15, 11/4/15, 11/5/15, 11/12/15, 11/13/15, 11/16/15, 11/30/15, 12/2/15, 12/3/15, 12/4/15, 12/8/15, 12/9/15, 12/10/15, 12/11/15, 12/15/15, 12/17/15, 1/5/15, 1/7/15
   *(dates)*
   did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:

   __made discriminatory remarks to me as he was the night supervisor at Mountain View High School.__

C. (Legal Basis of Claim) I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
   __Title VII of the Civil Rights Act of 1964__
   __Americans with Disabilities Act.__

D. I allege that I suffered the following injury or damages as a result:
   __a hostile work environment__

E. I seek the following relief: __$360,000.00__

## 3. DEFENDANT AND CAUSE OF ACTION
*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

A. I am suing __Antonio Alvarado__, who was acting as __Head Custodian__
   *(Defendant)*                                    *(if applicable: job title, if a person; function, if an entity)*
for the __West Ada School District__.
   *(if applicable: state, county, city, federal government, or private entity performing a public function)*

B. (Factual Basis of Claim) I am complaining that on _____, Defendant
                                                    *(dates)*
did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:

__Did not make desisons to stop the discrimination.__

C. (Legal Basis of Claim) I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
__Title VII of the Civil Rights Act of 1964__
__Americans with Disability Act__

D. I allege that I suffered the following injury or damages as a result:
__A hostile work environment__

E. I seek the following relief: __$300,000.00__

## 3. DEFENDANT AND CAUSE OF ACTION
*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

A. I am suing __Chad Webster__, who was acting as __Custodial Supervisor__
   *(Defendant)* *(if applicable: job title, if a person; function, if an entity)*
for the __West Ada School District__.
   *(if applicable: state, county, city, federal government, or private entity performing a public function)*

B. (Factual Basis of Claim) I am complaining that on _____, Defendant
   *(dates)*
did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:

__Did not make decisions to stop the discrimination.__

C. (Legal Basis of Claim) I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
__Title VII of the Civil Rights Act of 1964__
__Americans with Disabilities Act.__

D. I allege that I suffered the following injury or damages as a result:
__A hostile work environment.__

E. I seek the following relief: __$300,000.00__

## 4. DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury:

that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct, as required by 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at  __Boise, Idaho__  on  __11/1/17__ .
                (Location)                   (Date)

__Jason L. Richs__
Plaintiff's Original Signature