UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JASON L. RICKS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WEST ADA SCHOOL DISTRICT, et al.,<br><br>　　　　　Defendants. | Case No. 1:17-cv-00453-EJL<br><br>**ORDER OF DISMISSAL** |

On August 15, 2018, the Court entered an Order denying Plaintiff Jason L. Ricks' Application for Leave to Proceed In Forma Pauperis and directing Mr. Ricks to pay the initial filing fee on or before September 14, 2018. (Dkt. 6.) The Court expressly notified Mr. Ricks that failure to timely pay the filing fee as directed may result in dismissal of this case without further notice. (Dkt. 6.) Mr. Ricks has failed to pay the initial filing fee and the time for doing so has passed. Accordingly, the case is dismissed pursuant to Federal Rule of Civil Procedure 41(b).

## ORDER

NOW THEREFORE IT IS HEREBY ORDERED that this case is **DISMISSED WITHOUT PREJUDICE IN ITS ENTIRETY**.

DATED: September 17, 2018

Honorable Edward J. Lodge
U.S. District Judge